**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Andrew J. Heck, Esq. (AH9361)
Christopher W. McClanahan, Esq. (CM6972)
200 Campus Drive
Florham Park, New Jersey 07932
T. (973) 624-0800
F. (973) 624-0808
(e) Andrew.Heck@wilsonelser.com
Attorneys for Defendants, John's Lock Shop, Inc. d/b/a Houdini Lock and Safe Company and Thomas Guille

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CAMDEN**

| | |
|---|---|
| BRENDA BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN'S LOCK SHOP, INC., d/b/a HOUDINI LOCK AND SAFE COMPANY, THOMAS GUILLE, JOHN DOES, 1 through 100, inclusive, fictitious named Defendants and JACK DOES, 1 through 100, inclusive, fictitious named Defendants jointly, severally and/or in the alternative,<br><br>　　　　　Defendants. | Civil Action No. 1:22-cv-05631-CPO-AMD<br><br><u>Civil Action</u><br><br>**ORDER REMANDING MATTER BACK TO NEW JERSEY SUPERIOR COURT** |

　　　**THIS MATTER** having been opened to the Court upon the application of attorneys for Plaintiff, Brenda Brown, and attorneys for Defendants, John's Lock Shop, Inc. d/b/a Houdini Lock and Safe Company and Thomas Guille, for an Order remanding the matter back to the New Jersey Superior Court, since this Court no longer has subject matter jurisdiction under the provisions of 28 U.S.C. § 1332(a), in that the matter in controversy is less than $75,000, since Plaintiff has stipulated that the amount of recoverable damages shall not exceed $74,999;

**IT IS** on this   14th   day of   October  , 2022,

**ORDERED** that this matter, Brown v. Defendants, John's Lock Shop, Inc. d/b/a Houdini Lock and Safe Company, et al., Civil Action No. 1:22-cv-05631-CPO-AMD, originally filed in the New Jersey Superior Court, Law Division, Camden County, Docket No. CAM-L-2205-22, be and hereby is remanded back to the New Jersey Superior Court, Law Division, Camden County.

**STIPULATED, AGREED, AND CONSENTED TO**:

Dated: October 14, 2022                                          Dated: October 14, 2022

**VINCENT J. CIECKA, P.C.**                        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: *Michael Sussen*_____     By: *Christopher W. McClanahan*_____
   Michael Sussen, Esq.                                      Christopher W. McClanahan, Esq.
   Attorneys for Plaintiff                                     Attorneys for Defendants, John's Lock
                                                                               Shop, Inc. d/b/a Houdini Lock and Safe
                                                                               Company and Thomas Guille

**SO ORDERED:**

*Christine P. O'Hearn*_____
Honorable Christine P. O'Hearn, U.S.D.J.

Dated: